IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:21CR30 |
| v. | |
| SERGIO JIMENEZ, | ORDER |
| Defendant. | |

    This matter is before the Court on defendant Sergio Jimenez's Motion for Release (Filing No. 80) and the government's Motion for Dismissal (Filing No. 83) pursuant to Federal Rule of Criminal Procedure 48(a).  The government requests prejudicial dismissal of the Indictment (Filing No. 1) as it relates to Sergio Jimenez.  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED:

1. The defendant's Motion for Release (Filing No. 80) is granted.
2. The government's Motion for Dismissal (Filing No. 83) is granted.
3. The Indictment (Filing No. 1) is dismissed with prejudice as to defendant Sergio Jimenez.
4. The warden of the U.S. Penitentiary, Atwater, California shall release Sergio Jimenez as soon as practicable.
5. The government is directed to notify the Bureau of Prisons of this Order to ensure it is put into effect as quickly as possible.

Dated this 22nd day of August 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge